IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT NEIL GOODE,<br><br>                    Plaintiff,<br><br>v.<br><br>ONEWEST BANK FSB, INDYMAC MORTGAGE SERVICES INC, ETITLE INSURANCE AGENCY,<br><br>                    Defendants. | MEMORANDUM DECISION and ORDER DISMISSING THE CASE WITHOUT PREJUDICE<br><br>Case No. 2:12-CV-815-DN-EJF<br><br>District Judge David Nuffer |

On May 14, 2013, the court issued an order[1] adopting the Report and Recommendation[2] (R & R) issued by United States Magistrate Judge Evelyn Furse. In that order, the court allowed Plaintiff Robert Neil Goode 14 days to amend his complaint to comply with the pleading requirements of the Federal Rules of Civil Procedure, as recommended in adopted the R & R.[3]  Mr. Goode did not file an amended complaint.

ACCORDINGLY, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice. The clerk is directed to close this case.

Signed June 7, 2013.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Memorandum Decision and Order Adopting Report and Recommendation (Order), docket no. 22, filed May 14, 2013.

[2] Report and Recommendation, docket no. 21, filed April 25, 2013.

[3] Order at 1.